```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

LIONEL ROGERS,
    Plaintiff,

v.                                                CIVIL ACTION NO.
                                                08-10684-MBB

GERALD L. COFIELD,
    Defendant.

## VERDICT FORM

I. **SECTION 1983 CLAIM**

    1. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF ESTABLISHED ALL OF THE NECESSARY ELEMENTS OF HIS SECTION 1983 CLAIM AGAINST THE DEFENDANT?

ANSWER: _YES_ (yes or no).

Proceed to the next question.

II. **FALSE ARREST CLAIM**

    2. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF ESTABLISHED ALL OF THE NECESSARY ELEMENTS OF HIS FALSE ARREST CLAIM AGAINST THE DEFENDANT?

ANSWER: _YES_ (yes or no).

If you answer yes, proceed to answer the next question. If you answer no, proceed to answer question four.

3. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE DEFENDANT SATISFIED HIS BURDEN IN SHOWING A JUSTIFICATION FOR THE ARREST?

ANSWER: _NO_ (yes or no).

Proceed to the next question.

III. <u>BATTERY CLAIM</u>

4. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF ESTABLISHED ALL OF THE NECESSARY ELEMENTS OF HIS BATTERY CLAIM AGAINST THE DEFENDANT?

ANSWER: _NO_ (yes or no).

Proceed to the next question.

IV. <u>ASSAULT CLAIM</u>

5. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF ESTABLISHED ALL OF THE NECESSARY ELEMENTS OF HIS ASSAULT CLAIM AGAINST THE DEFENDANT?

ANSWER: _YES_ (yes or no).

Proceed to the next question.

V. <u>ABUSE OF PROCESS CLAIM</u>

6. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF ESTABLISHED ALL OF THE NECESSARY ELEMENTS OF HIS ABUSE OF PROCESS CLAIM AGAINST THE DEFENDANT?

ANSWER: __NO__ (yes or no).

If you answered yes to question one, four, five and/or six or no to question three, please proceed to answer the next question. Otherwise, do not answer the remaining questions.

IV. <u>DAMAGES</u>

7. WHAT AMOUNT OF COMPENSATORY DAMAGES, IF ANY, DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE WILL FAIRLY AND REASONABLY COMPENSATE THE PLAINTIFF WITH RESPECT TO HIS DAMAGES IN THE PAST UP TO TODAY?

ANSWER: $__26,188.30__

Proceed to answer the next question.

8. WHAT AMOUNT OF COMPENSATORY DAMAGES, IF ANY, DO YOU FIND

BY A PREPONDERANCE OF THE EVIDENCE WILL FAIRLY AND REASONABLY COMPENSATE THE PLAINTIFF WITH RESPECT TO HIS DAMAGES IN THE FUTURE?

ANSWER: $ 75,000.00

If you answered yes to question one, proceed to answer question nine. Otherwise proceed to the instructions immediately above question 11.

9. KEEPING IN MIND MY INSTRUCTIONS ABOUT PUNITIVE DAMAGES, DO YOU CHOOSE TO MAKE AN AWARD OF PUNITIVE DAMAGES?

ANSWER: NO (yes or no).

If you answered yes to question nine, proceed to answer question ten. Otherwise proceed to the instructions immediately above question 11.

10. WHAT AMOUNT OF PUNITIVE DAMAGES, IF ANY, DO YOU CHOOSE TO AWARD THE PLAINTIFF?

ANSWER: $_____

If you awarded damages under the section 1983 claim in answer to question seven and/or eight, proceed to answer question

11. Otherwise, do not answer the remaining questions.

V. QUALIFIED IMMUNITY

11. DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT A REASONABLE POLICEMAN WOULD HAVE UNDERSTOOD THAT THE CONDUCT OF THE DEFENDANT VIOLATED THE PLAINTIFF'S RIGHT TO BE FREE FROM AN UNREASONABLE SEIZURE OF HIS PERSON UNDER THE FOURTH AMENDMENT?
ANSWER: YES (yes or no).

12. REFERRING TO THE TOTAL AMOUNT OF COMPENSATORY DAMAGES YOU AWARDED IN ANSWER TO QUESTIONS SEVEN AND NINE, WHAT AMOUNT, IF ANY, REPRESENTS DAMAGES SOLELY FOR THE SECTION 1983 CLAIM ABOVE AND BEYOND ANY DAMAGES YOU INCLUDED FOR THE STATE LAW CLAIMS?
ANSWER: $26,188.30

_____
FOREPERSON OF THE JURY

DATE: 4/7/2011

5