```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

LIONEL ROGERS,
    Plaintiff,

    v.                                           CIVIL ACTION NO.
                                                  08-10684-MBB

GERALD L. COFIELD, JR.,
    Defendant.

**FINAL JUDGMENT**

**December 12, 2012**

**BOWLER, U.S.M.J.**

    The issues having been duly tried and decisions having been duly rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff Lionel Rogers ("plaintiff") recover from defendant Gerald L. Cofield, Jr., the amount of $101,188.30 and costs of the action.

                                                /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge